UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CRAIG L. FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON CARTER, et al.,<br><br>Defendants. | Case No. 3:16-cv-02336-LB<br><br>**ORDER**<br><br>[ECF No. 18] |

On July 18, 2016, the court received the form at ECF No. 18, which is a copy of the "consent to magistrate-judge jurisdiction" form sent to the *pro se* plaintiff, Mr. Foster.[1] The form included a handwritten note across the top of the page stating that "Craig Foster passed away on May 17, 2016. Thank you." Above the consent checkbox, another handwritten note states "party has deceased." Mr. Foster has not filed another document in this case since May 5, 2016, and the consent form includes no other information.

The court asks the government to respond in writing with its proposed next steps and in its response, indicate whether the government can verify Mr. Foster's apparent demise. The court has been unable to do so.

The court will serve a copy of this by mail to Mr. Foster at his address of record and asks any

---

[1] Consent to Magistrate Judge Jurisdiction Form – ECF No. 18. Record citations refer to material in the Electronic Case File ("ECF").

1   responding person to provide what additional information it can.

2   **IT IS SO ORDERED.**

3   Dated: July 25, 2016

4   _____
    LAUREL BEELER
5   United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG L. FOSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>ASHTON CARTER, et al.,<br><br>            Defendants. | Case No.  16-cv-02336-LB<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig L. Foster
905 Webster St.
Palo Alto, Ca 94301

Dated: July 25, 2016

                                                       Susan Y. Soong
                                                       Clerk, United States District Court

                                                       By: _/s/ Karen L. Hom_____
                                                       Karen Hom, Deputy Clerk to the
                                                       Honorable LAUREL BEELER